[jiffyorda] [Bench Order AP +]

ORDERED.

Dated: **February 14, 2018**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:15−bk−07120−KSJ |
| HBC Facilities, LLC | Chapter 7 |
| _____Debtor*_____/ | |
| Lori Patton | |
| Plaintiff* | |
| | Adv. Pro. No. 6:17−ap−00102−KSJ |
| vs. | |
| Cary Siegel | |
| _____Defendant*_____/ | |

**ORDER DENYING MOTION TO DISMISS ADVERSARY PROCEEDING**

THIS CASE came on for hearing on February 13, 2018 , for consideration of the **Motion to Dismiss Adversary Proceeding** (Doc. **30** ), filed by **Defendant Cary Siegel** .

For the reasons stated orally and recorded in open court, the Motion to Dismiss Adversary Proceeding is Denied .

The Defendant is directed to file an Answer on or before March 16, 2018.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Brandon BanksCary is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.